# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )  Case No. **19-1429 JMC**
)
Three (3) US Postal Service Parcels (USPS) located at  )
the Incoming Mail Facility in Linthicum Heights, MD  )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Three (3) USPS Parcels located at the Incoming Mail Facility in Linthicum Heights, MD (see Attachment A)

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances or the proceeds thereof (i.e. US currency) and/or material relating to the distribution of controlled substances through the US Mail, in violation of Title 21 United States Code, § 841(a)(1), 843 (b), and 846

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and possession with intent to distribute CDS; transportation of CDS |
| 21 USC 843 (b) | via the US Mail; conspiracy |
| 21 USC 846 | |

The application is based on these facts:

Affidavit of Brett Willyerd, United States Postal Inspector

FILED / ENTERED / LOGGED / RECEIVED
MAY 01 2019
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brett Willyerd, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/18/19

City and state: Baltimore, Maryland

_____
*Judge's signature*

Hon. J. Mark Coulson, U.S. Magistrate Judge
*Printed name and title*